PAUL H. SNIFFEN v. BOARD OF EDUCATION OF THE
MATAWAN REGIONAL SCHOOL DISTRICT.

July 7, 1981.

Petition for certification denied.

JOHN J. DEGNAN v. NORDMAK AND HOOD
PRESENTATIONS, INC.

July 7, 1981.

Motion to dismiss appeal granted.   (See 177 *N.J.Super.* 186)

BANQUET ENTERPRISES, INC. v. MIDDLESEX COUNTY BANK.

July 14, 1981.

Petition for certification denied.

REPUBLIC INSURANCE COMPANY v. THE MAYOR AND
COUNCIL OF THE BOROUGH OF SOUTH PLAINFIELD.

July 14, 1981.

Petition for certification denied.   (See 179 *N.J.Super.* 116)